

# NUMBER 13-14-00495-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PREVAIL ENERGY INCORPORATED, **Appellant,**

**v.**

AEGUS OIL LLC, **Appellee.**

## On Appeal from the 135th District Court
## of DeWitt County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Longoria
### Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the 135th District Court of DeWitt County, Texas, in cause number 11-06-21,923. Appellant has filed an unopposed motion to dismiss the appeal on grounds appellant no longer wishes to pursue this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 9th
day of October, 2014.